UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MR. SEK KENG ENG, A34-429-226,

        Petitioner,

   -v-

CHARLES MULE,
Facilities Directory, Federal Detention Facility, et al.

        Respondents.

DECISION AND ORDER
07-CV-0184F

---

Petitioner, Sek Keng Eng, filed a petition for habeas corpus relief, pursuant to 28 U.S.C. § 2241, challenging his continued administrative custody/detention pending removal. (Docket No. 1). Respondents have filed a motion to dismiss the petition as moot inasmuch as petitioner has been released from administrative detention pursuant to an Order of Supervision executed on or about May 1, 2007. (Docket No. 4, Affidavit of Gail Y. Mitchell, sworn to May 8, 2007, and Exhibit A--Order of Supervision).

Accordingly, in light of the fact that petitioner has been released from administrative detention, the respondents' motion to dismiss the petition is granted and the petition is dismissed.

    SO ORDERED.

Dated:    May 21, 2007
           Rochester, New York

                                        /s/ Charles J. Siragusa
                                        CHARLES J. SIRAGUSA
                                        United States District Judge